IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01448-RPM

BRY JONES and
DAVID WROBLEWSKI,,

      Plaintiff,
v.

CITY OF GREENWOOD VILLAGE;
CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, individually and in his official capacity; and
CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, individually and his his official capacity;

      Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **September 1, 2011, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 25, 2011.**   The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

Dated:  July 21st, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge