**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01448-RPM

BRY JONES and
DAVID WROBLEWSKI,

    PLAINTIFFS,

v.

CITY OF GREENWOOD VILLAGE;
CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, individually and in his official capacity; and
CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, individually and in his official capacity,

    DEFENDANTS.

___

**ORDER**
___

UPON Plaintiffs' Unopposed Motion for Relief From Order Requiring Lead Counsel To Appear In Person at Scheduling Conference (Doc. 9), the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Motion thereby allowing Sara J. Rich to appear on behalf of Plaintiffs at the Scheduling Conference set for September 1, 2011, at 11:00 a.m.

DATED this 31st day of August 2011.

                        BY THE COURT:
                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge