IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01448-RPM

BRY JONES and
DAVID WROBLEWSKI,,

    Plaintiff,

v.

CITY OF GREENWOOD VILLAGE;
CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, individually and in his official capacity; and
CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, individually and his his official capacity;

    Defendants.

___

## ORDER RESTRICTING ACCESS

    Upon review of the unopposed motion to restrict access, at Level 1, [26] to Defendants' Combined Motion for Summary Judgment and Memorandum Brief in Support Thereof, it is

    ORDERED that the motion is granted.  It is

    FURTHER ORDERED that the defendants shall file a redacted Combined Motion for Summary Judgment and Memorandum Brief in Support Thereof which shall redact only information relating to non-parties.

    Dated:   April 25th, 2012

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge