IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01448-RPM

BRY JONES and
DAVID WROBLEWSKI,,

    Plaintiff,

v.

CITY OF GREENWOOD VILLAGE;
CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, individually and in his official capacity; and
CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, individually and his his official capacity;

    Defendants.

---

## ORDER VACATING PRETRIAL CONFERENCE

Upon review of the unopposed motion to vacate the May 17, 2012, pretrial conference [31] it is

ORDERED that the motion is granted

Dated: May 3rd, 2012

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge