**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                          October 30, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 11-cv-01448-RPM

| | |
|---|---|
| BRY JONES and | David A. Lane |
| DAVID WROBLEWSKI, | Lauren L. Fontana |

     Plaintiffs,

v.

| | |
|---|---|
| CITY OF GREENWOOD VILLAGE; | Eric M. Ziporin |
| CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, | Jennifer F. Kemp |
| individually and in his official capacity; and | |
| CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, | |
| individually and in his official capacity, | |

     Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**3:00 p.m.**      **Court in session.**

Court's preliminary remarks.

3:03 p.m.      Argument by Mr. Ziporin

3:10 p.m.      Argument by Mr. Lane.

3:18 p.m.      Rebuttal argument by Mr. Ziporin.

**ORDERED:     Defendants' Combined Motion for Summary Judgment [28], is taken under advisement.**

**3:30 p.m.      Court in recess.**

Hearing concluded.  Total time: 30 min.