IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01448-RPM

BRY JONES and
DAVID WROBLEWSKI,

      Plaintiff,

v.

CITY OF GREENWOOD VILLAGE;
CITY OF GREENWOOD POLICE CHIEF DONNIE PERRY, individually and in his official capacity; and
CITY OF GREENWOOD POLICE LIEUTENANT JOSEPH HARVEY, individually and his his official capacity;

      Defendants.

---

## JUGMENT

Pursuant to the Order Granting Summary Judgment entered by Senior District Judge Richard P. Matsch on December 13, 2012, it is

ORDERED AND ADJUDGED that judgment is entered for the Defendants City of Greenwood Village, City of Greenwood Police Chief Donnie Perry, and City of Greenwood Police Lieutenant Joseph Harvey and against Plaintiffs Bry Jones and David Wroblewski. This civil action is dismissed. Costs are awarded defendants upon the filing of a bill of costs within 14 days.

.     Dated:  December 13th, 2012

                         FOR THE COURT:

                         JEFFREY P. COLWELL, Clerk

                             s/M V. Wentz
                        By_____
                                  Deputy